# UNITED STATES DISTRICT COURT

# DISTRICT OF HAWAII

| | |
|---|---|
| DEPARTMENT OF EDUCATION, STATE OF HAWAII, )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>T.F., by and through his Mother, PAULINE F., )<br>)<br>Defendant(s). ) | CV 10-00258 AWT-BMK |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**

The Magaistrate Judge's "Findings and Recommendation that the Administrative Hearings Officer's Decision Be Reversed and the Case Be Remanded to the Administrative Hearings Officer" having been filed and served on all parties on August 31, 2011, and no objections having been filed by any party,

Due for Adoption: 9/14/2011

**IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.2, the Magistrate Judge's Findings and Recommendation are adopted as the opinion and order of this Court.

**IT IS SO ORDERED.**

DATED: this 19th day of Sepember, 2011

                                         */s/ A. Wallace Tashima*
                                         A. WALLACE TASHIMA
                                         United States Circuit Judge
                                         Sitting by designation

cc: all parties of record